IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PAMELA GREER**,

    *Plaintiff*,

v.

**WAL-MART STORES EAST, LP;**
**WAL-MART ASSOCIATES, INC.;**
**JOHN DOE ENTITIES 1-5; AND**
**JOHN DOE PERSONS 1-5**,

    *Defendant*.

CAUSE NO. 3:22-CV-00601-CWR-FKB

## ORDER

Before the Court is the Plaintiff and Defendants' *Joint Motion to Dismiss Improper Party*. Docket No. 11. The parties "agree that the proper Walmart entity in this action is the named defendant Wal-Mart Stores East, LP" and that "Wal-Mart Associates, Inc., is an improper party." *Id*.

The Court finds that the motion is well-taken and, therefore, dismisses Plaintiff's claims against Wal-Mart Associates, Inc.

**SO ORDERED**, this the 5th day of January, 2023.

                                                     s/ Carlton W. Reeves
                                                     UNITED STATES DISTRICT JUDGE